Print Form

Name: Stacey Mouton

Address: P.O. box 710754, San Diego, Ca 92111

Telephone Phone: (760) 927-0647

Email: symouton@gmail.com

FILED

SEP 0 7 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          ℳ          DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Stacey Mouton

Plaintiff(s),

v.

Wells Fargo Bank et. al., Jessie Shedrick,
Justice Nwaigwe, Mali Ridley, and
Steven

Defendant(s).

Case No.: **16 CV 2260 BEN NLS**

(assigned at time of filing)

**COMPLAINT**

**I.    RELATED CASES**

    a.    Do you have other Civil Case(s) in this or any other federal court?

        ☐ Yes      ☒ No

    b.    If yes, please list the case numbers here:

**II.    STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

I was employed with Wells Fargo in Atlanta, Ga as a Teller. I began working in June 2013 as a part time Teller and was quickly promoted to a full time position in November 2013. At or around January/February 2014 my Branch Manager Steven, I do not recall his last name became upset with one of the teller's Paige, I do not recall,her name and a banker, who I do not recall, because they continued to call out sick to often for his likely. One day, in or around January/February 2014, I became ill and called out sick, according to company policy. The next day when I arrived to work, Steven yelled at me, in front of the other team member both on the teller line and from his office while I was still on the teller line, for not providing him with a doctor's note, which according to company policy I did not have to provide. He told me that I was not welcomed in the building until I provided him with my doctor's note. I told him that I came to work to work, but he continued to yell telling me that I could not work there until I provided him with the note. As a result I contact HR to ask for clarification concerning the matter and was informed to work that day because a manager was not to ask for a doctor's note, if I called out sick. I informed him of this while on the phone with the HR specialist but he said he did want me to stay and I would need to go until I provided him with the doctor's note. I then requested that the HR specialist speak with him directly, which she did and he yelled at her as well.

At or around January 2014 when, the city was shut down during the ice storm and there was an announcement for everyone to stay in there homes because it was too dangerous to go outdoors, where a person may experience frost bite if they were to leave their house. Steve forced me to work that day. He drove to my apartment and told me that I had to go to work. Although, I told him that I was concerned with my safety because the city was shut down due to the extreme whether, he made me feel that if I didn't get into his car that I would lose my job. Therefore, I went to work.

At or around February or March 2014, I was the only teller who showed showed up to work. At this time my manager Mali Ridley assisted me with working the teller line and the drive-thru. While working the teller I finished assisting my customer and heard someone pull up to the drive-up teller station. As I was at the window assisting this customer, I hear Mali Ridley yelling at me, at the time I could not make out what she was saying, and saw her charging at me from the corner of my right eye. I was instantly in fear of what would happen. I felt like an angry bull was charging at me and then she physically bumped into me, leaving me in complete shock and not feeling safe. After hitting me, she angrily yelled at me, saying that she wanted to help that person and disobeyed her order and that she I wasn't listening to her. I quickly, explained to her that I did not know that she said anything to me prior to me walking to assist

2

the customer in the drive-thru and that she had no right to put her hands on me. I took a few minutes to collect myself and I went back to work.

All of three of these incidents I reported, either by the phone or via email, my Area Manager Justice Nwaigwe and/ or to the HR department. I told him about everything that occurred and that I did not feel safe working in this type of environment. I was informed that they would help me. After weeks of feeling alone and unsafe, I sent in my resignation letter on or around March or April 2014 because I felt that I would would continue to harmed and abused, if I stayed.

On or around March or April 2014, after resigning, I was contacted by the area manager Justice N. to return to the company because I was such an amazing employee, who put customers first and I could make it far in the company. I told him that I was interested in becoming a banker, and he promised me that he would see to it that I would be come a banker if I returned first as a teller. I agreed.

At or around August 2014 I was working my manager Jessie Shedrick began to criticize and make fun of me for wearing dresses he described as being too long, wearing attire he described as being too formal, and wearing wigs, which I had to wear because I lost my hair due to stress at working at Wells Fargo.

At or around August 2014 I met with Jessie Shedrick to discuss applying for a banker role. He told me that he did like black people, especially black people from the south because they were slow, and he would not hire any more black people at his store. I was shocked and sadden by this and asked if he would sign off on me applying to a different location. After leaving work I contact Justice Nwaigwe, to report this incident and he told me he would look into it.

At or around August 2014, after I clocked out of work Jessie Shedrick, told me that I had to meet with him. I informed him that I'd signed out for the day and needed to go but he told me I could not and I would need to go with him to the office. While in his office, he told me that I was a negative person and that I did not provide excellent customer service. He gave me my performance review giving me a low evaluation on my customer experience and 11 ways to WOW, this meant I would be unable to get promoted. I told this came as a shock to me because I was the number teller in our market and in the top 10% or higher in the

3

region, and received several shout out via email by Justice Nwaigwe and many others. I told him that I was a positive person and I cared about our customer achieving financial freedom and success. He became angry, when I asked him if he had proof that I was such an awful teller, and began to get aggressive with me. I'm 5'6 and 120 pounds, while he looked like he was 6'2 or taller and 300 or more pounds. He began to raise his voice. At this point I requested to leave because I felt he was attacking me and was concerned with my safety. I told him, I needed an HR representative or mediator present to proceed with our meeting because I didn't feel safe. He told me not to leave and that it would be over soon. I decided it best for me to leave, so I left his office. But he followed closely after me, shouting at me and telling me to leave, all of this happened while customers were still in the building. I told him I did not want to go until I spoke with someone from HR about this incident. He told he that he was going to call the police on me and that I was not welcomed in the building. It was so bad that other staff member had to get involved to calm down the situation. While leaving, Jessie told me I not to return. I was completely embarrassed and felt isolated and attacked. Again, I contacted Justice Nwaigwe and the HR department to report this incident.

On or around August 2014 when I did not return for my shift the next day, I was contact by the teller manager Corry and he asked when I would return to work. He was not present on the day I was told to leave. I told him what happened and that I would return the next day. He thanked me and was happy I was coming back.

On or around August 2014, while I was sitting at the teller drive-thru station, I began to feel nervous and that I could not control my body. I felt weak and began to cry. I began shaking and could stop crying or shaking. This went on for hours. I was allowed to sit in the back room to calm down but nothing was working. Jessie was going to call the ambulance to get me help. I told him that my sister was going to pick me up and I was going to go to the hospital.

On or around August/September 2014 I went to the emergency room two times and to urgent care. After sleeping in the waiting room and waiting over 8 hours to see a doctor I was told that I was having an anxiety attack. The doctor asked what was going on and I told her all that I've stated above and told that all of this my anxiety was caused by working in such a toxic environment 40 plus hours a week, sometimes done over the course of 6 day work week.

On September 8th, 2014, I resigned from position at Wells Fargo because I was unsuccessful with gaining medical leave and feared that I would receive the same treatment.

4

III.   **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

I am seeking two years of back pay including payment of my bonus that I never received amounting in the minimum sum of $48,123.20, which was calculated at my rate as a teller, not counting for the loss in income from being denied promotions based on race discrimination, sex discrimination, and retaliation. Reimbursement of my past medical bills in the amount of $400 dollars, future medical bills I do not know of yet, and travel reimbursements in the amount $3,000, the amount it cost me to relocate back to California to seek medical treatment and have . Also, I am asking for $150,000 in damages for intentional extreme emotional distress that was caused from the abuse I encountered while working at Wells Fargo. To this day I still experience to have anxiety attacks, I am depressed and am nervous of working. A total of

5

**IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

    ☒ Yes    ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

09-07-2016
Date

Signature

Stacey Mouton
Printed Name